IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 10-0412CCC

1) JOSE A. RODRIGUEZ-LESPIER
**2) ROLANDO NATAL-SABATER**
3) RENE RAMIREZ-ALZAMORA
4) RUBEN FERNANDEZ-LOPEZ
5) MANUEL PEREZ-HUERTAS
6) MAGALI L. FERNANDEZ-LOPEZ
7) MELISSA MADERA-LABOY
8) CARLOS D. MARTINEZ-MENDOZA
9) ERIC C. GONZALEZ-MELENDEZ
10) WILFREDO LOPEZ-MARTINEZ
11) CARLOS RIVERA-VELAZQUEZ
12) CRISTOBAL MUÑOZ-GARCIA
13) JOSE M. ALBIZU-RIVERA
14) JUAN M. LOPEZ-COLON
15) JOSE A. COSME-MALDONADO
16) RUFINO COLON-PEREZ
17) MARIA L. COLON-VEGA
18) EDWIN GARCIA-RIOS
19) WILLIAM FLORES-LESPIER
20) RAFAEL IRIZARRY-SANTOS
21) WILLIAM ROSADO-GUZMAN
22) NIURKA M. MUÑOZ-GOMEZ
23) JOSE M. GOMEZ-ZALDO
24) CARLOS R. RODRIGUEZ-VEGA
25) SANTOS R. MONTES-MONTALVO
26) SOTERO GONZALEZ-LOPEZ
27) FELIX MALDONADO-RIOS
28) ERIC H. GONZALEZ-CHACON
29) JOSE J. FELICIANO-RIVERA
30) JOSE E. LOPEZ-MIRANDA
31) MELVIN J. OJEDA-VAZQUEZ
32) JAVIER O. PEREZ-HERNANDEZ
33) GUSTAVO A. VELEZ-OQUENDO
34) LORIMAR SANTIAGO-RODRIGUEZ

Defendants

**ORDER**

Having considered the Report and Recommendation filed on June 26, 2012 (**docket entry 760**) on a Rule 11 proceeding of defendant Rolando Natal-Sabater (2) held before U.S. Magistrate Judge Marcos E. López on June 25, 2012, to which no opposition has been

CRIMINAL 10-0412CCC

filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 25, 2012.    The **sentencing hearing is set for September 26, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 12, 2012.


S/CARMEN CONSUELO CEREZO
United States District Judge